# Exhibit 1

Int. Cl.: 8

Prior U.S. Cls.: 23, 28, and 44

United States Patent and Trademark Office

Reg. No. 3,613,738
Registered Apr. 28, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# SLAP CHOP

SQUARE ONE ENTERTAINMENT, INC. (CALIFORNIA CORPORATION)
SUITE 700
1680 MICHIGAIN AVENUE
MIAMI BEACH, FL 33139

FOR: HAND-OPERATED CHOPPERS, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 12-6-2008; IN COMMERCE 12-6-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CHOP", APART FROM THE MARK AS SHOWN.

SN 77-523,369, FILED 7-16-2008.

ALICE SUE CARRUTHERS, EXAMINING ATTORNEY