Exhibit 2



Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Author = Square One Entertainment, Inc.
Search Results: Displaying 12 of 14 entries

*Slap Chop Product Packaging.*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0001750004 / 2010-03-02
**Application Title:** Slap Chop Product Packaging.
**Title:** Slap Chop Product Packaging.
**Description:** Electronic file (eService)
**Copyright Claimant:** Square One Entertainment, Inc. Address: 1680 Michigan Avenue, Suite 700, Miami Beach, FL, 33139, United States.
**Date of Creation:** 2009
**Date of Publication:** 2009-05-31
**Nation of First Publication:** United States
**Authorship on Application:** Square One Entertainment, Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: text, photograph(s)
**Names:** Square One Entertainment, Inc.



**Save, Print and Email (Help Page)**
Select Download Format: Full Record | Format for Print/Save
Enter your email address: _____ | Email

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page