UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

20-cv-05622

SQUARE ONE ENTERTAINMENT, INC.,

Plaintiff,,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND

UNINCORPORATED ASSOCIATIONS            Hon. Judge Thomas M. Durkin

IDENTIFIED ON SCHEDULE "A",            Hon. Magistrate Judge Sunil R.

Harjani

    Defendants,

WU GENG JIA, a. k. a Jieyang Rongcheng

Jastar Stainless Steel Products Factory

    Defendant.

_____/

**MOTION TO SET ASIDE**

    Jieyang Rongcheng Jastar Stainless Steel Products Factory is a not a corporation and its formation type is personal operation. There are no shareholders, no partners, no directors, see the official report as Exhibit 1.

    Under rule 54 of General Principles of the Civil Law of the People's Republic of

China[1], a natural person conducts business operation is a personal business household, such business **MAY** be given a name. Rule 56 thereof stipulates that the debt of a personal business household shall borne by personal property[2]. Rule 59 of the Explanatory Notes of the People's Supreme Court on the Civil Procedures Law of PRC further provides that, the litigious party of a personal business household shall be the operator provided in the busines license.[3] Jieyang Rongcheng Jastar Stainless Steel Products Factory is not established and incorporated under any company, partnership, or corporation laws of PRC, it is just a name I use to do businesses. I have met all requirements to be a proper pro-se litigant, therefore I shall not be struck.

The firm I engaged to negotiate settlement for me has told me they would not represent me in this court but they are willing to give me direction for myself to work it out, as going through the be-a-pro-se process is difficult. I am filing documents by myself.

Most of the attorneys for Plaintiff are Chinese and there are good chances of them concealing their knowledge about the nature of Defendant, not of any kind of corporation under Chinese laws, and falsely claiming me as a corporation.

In light of the above, Defendant respectfully requests the court to set aside orders to grant Plaintiff's motion to strike [56] and default judgment[45].

This date of December 11, 2020.  Respectfully submitted;

---

[1] 《民法总则》第 45 条，自然人从事工商业经营，经依法登记，为个体工商户。个体工商户可以起字号。

[2] 《民法总则》第 46 条，个体工商户的债务，个人经营的，以个人财产承担

[3] 《最高人民法院关于适用〈中华人民共和国民事诉讼法〉的解释》第 59 条,在诉讼中，个体工商户以营业执照上登记的经营者为当事人。

/s/ WU GENG JIA

sales01@gdjastar.com